UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE:  CAMDEN                                              December 19, 2017

**JUDGE JEROME B. SIMANDLE**

Court Reporter:  Lisa Marcus

Title of Case:                                                Docket #  Cr. 17-240-01(JBS)
UNITED STATES
         VS.
NICHOLAS MARTINO
         (Deft. Present)

Appearances:
Sara Aliabadi, AUSA for govt.
Christopher O'Malley, AFPD for deft.
Christine Rennie, USPO

Nature of Proceedings:     PLEA TO PETITION FOR VIOLATION OF PROBATION
No Written Plea Agreement
Ordered deft. sworn; Deft. sworn
PLEA: GUILTY TO VIOLATION #2 OF PETITION.
Court Accepts Plea
Ordered sentencing set for MARCH 2, 2018 AT 10:00 AM.
Ordered probation continued with previous conditions and modified conditions;
Order to be entered.

Time Commenced 9:50 am Time Adjourned 10:30 am Total Time: 40 Minutes

                                                    s/ *Marnie Maccariella*
                                                    **DEPUTY CLERK**


cc:  Chambers