# UNITED STATE DISTRICT COURT
## for the
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  CRIMINAL NO: 17-00240-001

V.

NICHOLAS KYLE MARTINO

### ORDER UNSEALING THE PETITION FOR WARRANT

This matter having come before the Court on application of the United States Probation Office for an Order unsealing the Petition for Warrant for violation of the Conditions of Probation/Supervised Release; and

It Appearing that Warrant for Arrest has been returned executed; and

It is on this __19th__ Day of __July__, __2018__, hereby,

ORDERED that Clerk is directed to **UNSEAL** the Petition for Warrant which was previously filed under seal.

_Jerome B. Simandle_
The Honorable Jerome B. Simandle
Senior United States District Judge