# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN           **DATE:** July 19, 2018

**JUDGE JOEL SCHNEIDER**

**COURT REPORTER:** Electronic Court Recorder

**TITLE OF CASE:**           **DOCKET NO.** 17-cr-240(JBS)
UNITED STATES OF AMERICA
 v.
NICHOLAS KYLE MARTINO

### **DEFENDANT PRESENT**

**APPEARANCES:**
Sara Aliabadi, AUSA for Government
Christopher O'Malley, AFPD for Defendant
Christine Rennie, U.S. Probation


**NATURE OF PROCEEDINGS:**     Initial Appearance on Violation of Supervised Release
Defendant advised of rights, charges and penalties.
Appointment of C. O'Malley, AFPD to continue.
NO FINANCIAL AFFIDAVIT SUBMITTED.
Order to be entered.
Defendant waives formal reading of Petition.
Hearing on Government's application for detention.
Hearing on defendant's application to have bail continue.
Ordered Government's application GRANTED.  Defendant's application DENIED.
Order of Detention to be entered.
Defendant waives Preliminary Hearing.
Ordered Violation Hearing set for 7/30/2018 at 1:30 p.m. before Hon. Jerome B. Simandle.
Ordered defendant remanded to the custody of the U.S. Marshal Service pending further Order of the Court.


                                            *s/Sarah Eckert*
                                            **DEPUTY CLERK**


**TIME COMMENCED:** 12:15 p.m.      **TIME ADJOURNED:** 12:30 p.m.
**TOTAL TIME:** 15 minutes