UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                              July 30, 2018

**JUDGE JEROME B. SIMANDLE**

Court Reporter: Lisa Marcus

Title of Case:                              Docket # Cr. 17-240(JBS)
UNITED STATES
  VS
NICHOLAS MARTINO
    (Deft. Present)

Appearances:
Sara Aliabadi, AUSA for govt.
Christopher O'Malley, AFPD
Christine Rennie, USPO

Nature of Proceedings:    MOTION HEARING

Hearing on deft. motion for appointment of new counsel;
Ordered motion granted on the record; CJA attorney to be appointed.
Ordered violation hearing set for August 13, 2018 at 10:00 am.


Time Commenced 2:00 pm Time Adjourned 2:45 pm Total Time: 45 Minutes


                                            s/ *Marnie Maccariella*
                                            **DEPUTY CLERK**


cc: Chambers