UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE:  CAMDEN                                          August 13, 2018

**JUDGE JEROME B. SIMANDLE**

Court Reporter:  Lisa Marcus

Title of Case:                                           Docket #  Cr. 17-240(JBS)
UNITED STATES
    VS
NICHOLAS MARTINO
    (Deft. Present)

Appearances:
Sara Aliabadi, AUSA for govt.
John Poindexter, Esq. for deft.

Nature of Proceedings:     STATUS CONFERENCE

Ordered violation hearing set September 4, 2018 at 10:00 am
Ordered detention continued

Time Commenced 10:15 am Time Adjourned  10:30 am Total Time: 15 Minutes

                                      s/ *Marnie Maccariella*
                                      **DEPUTY CLERK**

cc:  Chambers