AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ NEW JERSEY _____

UNITED STATES OF AMERICA

V.

NICHOLAS MARTINO

**WARRANT FOR ARREST**

Case Number: CR. 17-240-01(JBS)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Nicholas Martino_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complain  ☐ Order of court  X Violation  ☐ Probation Violation Petition

charging him or her    (brief description of offense)

Amended Petition for Violation of Supervised Release

in violation of _____18_____ United States Code, Section(s) _____3606_____

JEROME B. SIMANDLE                    UNITED STATES DISTRICT JUDGE
Name of Issuing Officer                Title of Issuing Officer

*Jerome B. Simandle* (signature)        7/18/18    Camden, New Jersey
Signature of Issuing Officer           Date and Location

Bail fixed at $ _____ by _____
                                         Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _Nicholas Martino_ |

| DATE RECEIVED 7/18/18 | NAME AND TITLE OF ARRESTING OFFICER Michael Kozyra DUSM | SIGNATURE OF ARRESTING OFFICER Michael Kozyra |
|---|---|---|
| DATE OF ARREST 7/19/18 | | |