UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                September 10, 2018

**JUDGE JEROME B. SIMANDLE**

Court Reporter: Lisa Marcus

Title of Case:                                Docket # Cr. 17-240(JBS)
UNITED STATES
   VS
NICHOLAS MARTINO
    (Deft. Present)

Appearances:
Alyson Oswald, AUSA for govt.
John Poindexter, Esq. for deft.

Nature of Proceedings:  STATUS CONFERENCE
Hearing on application of deft. for competency evaluation under section 4241.
Ordered application granted: Order to be submitted by counsel.
Ordered deft. remanded to the custody of the BOP for competency evaluation.
Arraignment on the second superseding petition is continued until evaluation is complete.


Time Commenced 2:15 pm Time Adjourned 2:30 pm Total Time: 15 Minutes

                                            s/ *Marnie Maccariella*
                                            **DEPUTY CLERK**


cc: Chambers