

U.S. Department of Justice

Federal Bureau of Prisons

Office of the Warden

---

Metropolitan Correctional Center
150 Park Row
New York, New York 10007
(646) 836-6423, (646) 836-7751 (Fax)

November 26, 2018

The Honorable Jerome B. Simandle
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, New Jersey 08101

**RECEIVED DEC 0 7 2018 JEROME B. SIMANDLE U.S. DISTRICT JUDGE**

Re:   NICHOLAS MARTINO
      REGISTER NUMBER: 70570-050
      CRIMINAL NUMBER: 17-cr-240 (JBS)

Dear Judge Simandle:

We are in receipt of your Court Order pursuant to Title 18, United States Code, Section 4241(b) dated September 17, 2018, in the case of Mr. Nicholas Martino.

Mr. Nicholas Martino was designated at the Metropolitan Correctional Center, New York on November 19, 2018. In order to provide the Court with a comprehensive and thorough report, we generally ask for 30 days from the date of arrival. However, given the recent volume of cases, we respectfully request an additional 15 days as permitted by the statute. Thus, the evaluation would conclude on January 2, 2019. The report will be prepared and provided to the Court within two weeks after the conclusion of the evaluation, January 17, 2019.

If the Court requires an expedited evaluation, we will make every effort to accommodate. Thank you for your consideration in this matter.

Sincerely,

*[signature]*
L. N'Diaye
Warden

So Ordered this 10th day of Dec., 2018

*[signature]*
Jerome B. Simandle, U.S. District Judge

LN/AJ/aj