UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                    Proceeding Date: March 15, 2019

JUDGE JEROME B. SIMANDLE

Court Reporter: Karen Friedlander

Others:
Christine Rennie, USPO

Title of Case:                                    Docket: Cr. 17-240(JBS)
UNITED STATES
       Vs
NICHOLAS MARTINO
          (Deft. Present)

Appearances:
Allison Oswald, AUSA for govt.
John Pointdexter, Esq. for deft.

Nature of Proceedings:    INTIAL APPEARANCE ON SECOND AMENDED PETITION FOR
                          VIOLATION OF PROBATION
Ordered competency evaluation filed under seal
Ordered deft. found competent to proceed with violation hearing.
Ordered transcript of hearing on 12/19/17 to be provided to deft. at no cost.
Deft. advised of rights and penalties
Ordered Alex DiPietro sworn; for govt.
Ordered probation violation adjourned until April 3, 2019 at 10:00 am.
Ordered deft. remanded to the custody of the US Marshal


Time Commenced: 10:30 am   Time Adjourned: 12:00 pm   Total Time: 1 Hour 30 Minutes


                                                  s/ Marnie Maccariella
                                                  DEPUTY CLERK