**AMENDED MINUTE**
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN

Proceeding Date: December 19, 2017

JUDGE JEROME B. SIMANDLE

Court Reporter: Lisa Marcus

Title of Case:
UNITED STATES
Vs
NICHOLAS MARTINO
(Deft. Present)

Docket: Cr. 17-240-01(JBS)

Appearances:
Sara Aliabadi, AUSA for govt.
Christopher O'Malley, AFPD for deft..
Christine Rennie, USPO

Nature of Proceedings:     PLEA TO PETITION FOR VIOLATION OF PROBATION
No Written Plea Agreement
Ordered deft sworn; Deft sworn
PLEA: GUILTY TO VIOLATION #3 OF PETITION
Court Accepts Plea
Ordered sentencing set for March 2, 2018 at 10:00 am
Ordered probation continued with previous conditions and modified conditions;
Order to be entered.

Time Commenced: 9:50 am   Time Adjourned: 10:30 am  Total Time: 40 Minutes

s/ Marnie Maccariella
DEPUTY CLERK

Cc: Chambers