Dear Clerk, April 17, 2019

I am the defendant in Docket Number 17-00240-001 before Judge Simandle. I need directions on how to obtain copies of transcripts of my proceedings, and I please need one copy of my docket sheet (minutes). I am already in forma pauperis and am unable to pay for copies. I appreciate your time and help. Please send responses to:

Martino, Nicholas #70570-050
Attn: SPECIAL MAIL - OPEN WITH INMATE
Federal Detention Center Philadelphia
PO Box 562
Philadelphia, PA 19105

RECEIVED
APR 2 2 2019
AT 8:30 _____ M
WILLIAM T. WALSH CLERK

Thank you!

Warm regards,

Nicholas Martino
4/17/19

P.S. Can you please let me know the nature and date of my next hearings? I know there is one on 5/30 but I think there's one on 5/3 as well.

Martino, Nicholas  705 70050
FDC Philadelphia
POB 562
Phila, PA  19105



RECEIVED
APR 2 2 2019
AT 8:30
WILLIAM T. WALSH CLERK

⇔70570-050⇔
Clerk Of Court
* Legal/Privileged MAIL *
PO BOX 2067
Camden, NJ 08101-2067
United States

RECEIVED
APR 2 2 2019
AT 8:30
WILLIAM T. WALSH, CLERK

LEGAL MAIL

08101-206767