RECEIVED
NOV 30 2020
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

Dear Clerk, 11/23/20

Please enter these two letters into the Record and onto my Docket (1:17-cr-240). I note that the attached letter was prepared by a third party. Thank you.

Regards,

Nicholas Martino

To all involved and concerned parties                               November 20, 2020
In re: Harassment by the USMS and USPO

Dear concerned party,

I am the Defendant in criminal case number 1:17-cr-240-NLH in the Camden Viciniage of the District of New Jersey. I am composing this letter in response to an incident that occurred between myself and the United States Marshals Service (USMS) office in the District of New Jersey and the United States Probation Office (USPO) in the same District.

I was released from my instant federal custody on September 25th, 2020. I was originally serving a sentence of Probation which was thereafter revoked and resulted in my instant incarceration. While on Probation, I was a minor under the Laws of the State of New Jersey. My supervising officer was Senior Special Offender Probation Officer Christine M. Rennie. My Probation was revoked and I was sentenced to a period of incarceration. Before release, I sent a letter to the District Court and the District's Supervising Probation Officer requesting that my Supervising Officer be changed upon my release. Subsequently, my Supervising Officer was changed to an officer in another Viciniage. On or before October 28th, I was instructed by my Supervising Officer to appear at the Probation Office in Camden, NJ on November 10th. This was a rescheduled meeting from November 4th.

Subsequently, I appeared at the Office on November 10th. I was met by Viciniage Supervisor Steven Alfrey and was led into a conference room inside the Probation Office. I was greeted by two Deputy United States Marshals, both of whom did not identify themselves but both of whom I had interacted with previously while in custody. One of these Marshals was an individual who had threatened me with bodily harm while in custody in 2019. I sat at the conference table with them and Mr. Alfrey. I was told by one of the Marshals that I was a potential security risk to my former Probation Officer, Ms. Rennie, and that they wanted to speak to me about that topic. I was not notified if the conversation was being recorded, nor did the Marshals incline to identify themselves even though they were not working in an undercover capacity. I was not allowed to have a lawyer or attorney present, nor was I notified that this was to be a questioning. I was not read my *Miranda* rights before this questioning. I was led under false pretenses to believe that this was my initial reporting to the Probation Office and in no way knew that this was going to be a questioning.

I was told that the USMS received this information from a "confidential source" – information that I "wished to do Ms. Rennie some type of [unspecified] harm". These are completely unfounded allegations. The Marshal that was questioning me told me, "if anything happens to Ms. Rennie, you are suspect number one". This was a clear intimidation tactic. For some reason, the USMS believes I wish to do some type of harm to Ms. Rennie and that I have the capacity to do so at any time; this can be assumed from the fact that this meeting was scheduled for over two weeks in advance and indicates that they had this information since at least then. This is a false sentiment and I do not wish to do anyone harm. The questioning finished and I was led out. This was the totality of my visit – I did not report to a Probation Officer in any capacity. I was coaxed by false pretenses into this questioning; had I known this was going to be an interrogation, I would have refused to attend. However, because I was told to report by my Supervising Officer under false pretenses and there was a Officer preset at the meeting, I would have, *per se*, been in violation of my Supervised Release conditions had I refused to attend.

1

Furthermore, I have been under active surveillance by the USMS (and possibly other parties), presumably since at least October 28th but absolutely since approximately two weeks prior to this meeting. Multiple incidents have occurred. The USMS has been operating either a cell-site simulator or IMSI catcher device near my home (typically colloquially called a "Stingray" after Harris Corporation's brand of IMSI catchers) for at least a week prior to the meeting. I have independently verified (by means of a third-party) the existence of the IMSI catcher in the immediate area around my home. Additionally, during the night prior to the meeting, there was an individual in the immediate area around my home watching me through my bedroom window and shining a flashlight near my window. This was approximately 11pm – 12:30am the night of November 9th into the morning of the 10th (the day of the meeting) and I believe the individual was utilizing infrared cameras to be able to observe me at this time of night. Also, I have been followed by multiple individuals while on walks around the area of my town, individuals I recognize to be federal agents. These agents have driven different vehicles, such as a white Toyota pick-up truck and multiple different SUVs. I believe that the agents are acting in a way as to make it known to me that I am under surveillance, either as an intimidation tactic or to prevent me from committing an illegal act.

Because of these actions, I am notifying the parties concerned via this letter that I will not be attending any meetings scheduled at the Courthouse unless it is directly related to my supervision and I am met by my Supervising Officer or his designee, and I will also be audio and/or video recording all interactions with any agent of the Government or any Officer of the Court. This receipt of this letter on-the-record constitutes notice. Thank you.

Respectfully,

Nicholas Martino

cc: United States District Court for the District of New Jersey
United States Probation Office
United States Marshals Service

Nicholas Martino
00B Hurffville - Grenloch Rd
Sewell, NJ 08080

SOUTH JERSEY NJ 080
23 NOV 2020 PM 4 L

CLERK OF COURT
US DISTRICT COURT
PO BOX 2797
Camden, NJ 08101

RECEIVED
NOV 30 2020
AT 8:30_____M
WILLIAM T. WALSH
CLERK

08101-279797