**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS KYLE MARTINO,<br><br>Defendant. | Criminal Action No. 1:17-cr-240-NLH<br><br>**ORDER** |

**HILLMAN**, District Judge

WHEREAS Defendant, Nicholas Kyle Martin ("Defendant") was sentenced by this Court on November 27, 2019 to a term of imprisonment of 36 months; and

WHEREAS, Defendant filed a Motion for Placement of Local Confinement pending his appeal on November 27, 2019 [Dkt. No. 73]; and

WHEREAS, Defendant filed a Motion to Stay Sentence pending his appeal, or local confinement on November 29, 2019 [Dkt. No. 69]; and

WHEREAS, the United States responded in opposition to Defendant's Motions on December 30, 2019; and

WHEREAS, upon review of the Federal Bureau of Prison Inmate Locator, Defendant was released from federal custody on September 9, 2020, and is now on supervised release; and

1

WHEREAS, the Third Circuit Court of Appeals affirmed the judgment of this Court and rejected Defendant's appeal on September 15, 2020; and

WHEREAS, Defendant's release from confinement renders the pending motions moot;

**THEREFORE**,

IT IS HEREBY on this   22   day of   February  , 2021

**ORDERED** that Defendant's Motion for Placement of Local Confinement pending his appeal [Dkt. No. 73] and Motion to Stay Sentence pending his appeal [Dkt. No. 69] be, and the same hereby are, DISMISSED AS MOOT; and it is finally

**ORDERED** that the Clerk shall send Defendant a copy of this Order by regular mail.

Date: February 22, 2021              s/ Noel L. Hillman
At Camden, New Jersey                NOEL L. HILLMAN, U.S.D.J.