June 26, 2023

Dear Clerk,

Please update my mailing address in:

1) <u>Martino v. United States</u>, 1:23-mc-00011-SAK
2) <u>United States v. Martino</u>, 1:17-cr-240-NLH
3) <u>Martino v. US DOJ</u>, 1:21-cv-1342-AMD-NLH

to:

Nicholas Kyle Martino
1201 Turnersville Rd.
Pine Hill, NJ 08021

Thank you.

Regards,

Nicholas Martino,
<u>in pro per</u>

RECEIVED
JUN 30 2023
AT 8:30 _____ M
CLERK, U.S. DISTRICT COURT - DNJ

MARTINO, N #XXXXX XXX
DC-Philadelphia
PO BOX 562
Philadelphia, PA 19105

CLERK OF COURT
US DISTRICT COURTHOUSE
PO BOX 2797
Camden, NJ 08101

PHILADELPHIA PA 190
28 JUN 2023 PM 9 L

AT 8:30
CLERK, U.S. DISTRICT COURT - DNJ
RECEIVED JUN 30 2023 M

08101-279797